UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> 65.08094134 Bitcoin; 247653.48461442 United States Dollar Tether; 9.1345 Ethereum; 25000.461 Unites States Dollar Tether; 1.00000785 Bitcoin; 0.17972627 Bitcoin; and 27892.00185173 United States Dollar Tether. <br><br> Defendants *in Rem*. | Civil No. 2:23-cv-10394 <br><br> HON. STEPHEN J. MURPHY |

## VERIFIED CLAIM

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant Jorge Amador ("Claimant") files this Verified Claim, and in support states:

**A. Identification of the Property Claimed:** 65.08094134 Bitcoin (the "Defendant Property")

**B. Claimant's Interest in the Property:** Claimant is the lawful owner of the Defendant Property, which was obtained through lawful means. Claimant denies that the Defendant Property constitutes proceeds of, or was involved

in, any unlawful activity under 18 U.S.C. §§ 371, 1956, 1957, or 1960 as alleged by the government in the Amended Complaint.

C. **Compliance with Rule G(5)(a)(i) Requirements:** This Verified Claim identifies the specific property claimed, identifies the Claimant and states the Claimant's interest in the property, is signed under penalty of perjury, and is being served on the on the government attorney of record, Assistant U.S. Attorney Gjon Juncaj.

Claimant reserves all rights and defenses available under law, including but not limited to challenging the government's basis for forfeiture, jurisdiction and seeking dismissal of this action.

Dated: March 10, 2025           Respectfully submitted,

By: /s/ William Kraus
William Kraus (P84418)
PIERSON FERDINAND LLP
400 Renaissance Center
Suite 2600
Detroit, MI 48243
william.kraus@pierferd.com
(734) 519-0250

 /s/ Thomas A. Firestone
Thomas A. Firestone *(Admission Forthcoming)*
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
thomas.firestone@squirepb.com

## VERIFICATION

I, JORGE AMADOR, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing Verified Claim is true and correct to the best of my knowledge and belief.

Executed on this 9th day of March 2025

_____

**JORGE AMADOR**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of March, 2025, a true and correct copy of the foregoing has been filed and served via CM/ECF on all counsel of record.

                                          By: /s/ William Kraus
                                          William Kraus
                                          PIERSON FERDINAND LLP
                                          400 Renaissance Center
                                          Suite 2600
                                          Detroit, MI 48243
                                          william.kraus@pierferd.com
                                          (734) 519-0250