UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

65.08094134 Bitcoin; 247653.48461442 United States Dollar Tether; 9.1345 Ethereum; 25000.461 Unites States Dollar Tether; 1.00000785 Bitcoin; 0.17972627 Bitcoin; and 27892.00185173 United 247,653.48461442

Defendant *in rem*, and

MARCELO ANTONIO WILSON PORRAS

Claimant.

Civil No. 2:23-CV-10394

HON. STEPHEN J. MURPHY

---

**DECLARATION OF ALALEH KAMRAN**
**IN COMPLIANCE WITH THE COURT'S ORDER IN ECF-54 OPINION AND ORDER**

---

I, Alaleh Kamran, declare as follows:

1. I am counsel of record for Claimant Marcelo Antonio Wilson Porras in this action. I submit this declaration in compliance with the Court's Opinion and Order entered on August 6, 2026 at ECF No. 54.
2. I have carefully read the Court's Opinion and Order. I understand the Court's concerns regarding the accuracy of the authorities cited in the filing submitted under my name. I respect the Court's ruling and accept full responsibility for that filing.
3. On August 6, 2026, I made a one-time donation to the Belle Isle Conservancy in the amount of $516.83. A true and correct copy of the donation confirmation is attached as Exhibit A.
4. I am grateful for the Court's measured and gracious resolution of this matter, and I have complied with the Court's directive in good faith.
5. I have practiced law for approximately thirty-four years in multiple state and federal jurisdictions. Throughout that time, I have endeavored to discharge my professional obligations with candor, integrity, respect for the courts before which I appear, and unwavering fidelity to the highest standards of legal research, citation accuracy, and the faithful characterization of authority.
6. I recognize that every filing submitted under my name remains my responsibility, irrespective of whether assistance was provided by an independent legal contractor or an associate, or law clerk. I accept that responsibility fully and without qualification.
7. I have taken the Court's concerns to heart. I have learned a serious and lasting lesson from this experience.  Henceforth, I will personally verify

every case citation, quotation, characterization of authority, and material representation before any filing is submitted under my name.

8. I offer no excuse. I fall on my sword. Mea culpa.
9. I assure the Court that this will not happen again.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 6, 2026, at Encino, California.

Dated: August 6, 2026

Respectfully submitted,

LAW OFFICES OF ALALEH KAMRAN

By: Alaleh Kamran ____________________________

Alaleh Kamran, Esq.
16130 Ventura Boulevard, Suite 320
Encino, CA 91436
Telephone: (818) 986-6222
alalehkamran@alalehkamran.com
California State Bar No. 158648

CERTIFICATE OF SERVICE

I hereby certify that on this _6 day of August 2026, a copy of the foregoing Verified Claim was served upon the following by Electronic means through CM/ECF:

K. Craig Welkener
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226

By: Alaleh Kamran
ALALEH KAMRAN
Attorney for Claimant