UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

65.08094134 Bitcoin; 247653.48461442 United States Dollar Tether; 9.1345 Ethereum; 25000.461 Unites States Dollar Tether; 1.00000785 Bitcoin; and 3.00992637 Ethereum.

Defendants *in Rem*.

Civil Case No. 23-10394

Honorable Stephen J. Murphy
Magistrate Judge Anthony P. Patti

---

**Second Amended Complaint for Forfeiture**

---

Now comes plaintiff, United States of America, by and through its undersigned attorneys, as verified by the undersigned witness, and states upon information and belief in support of this Second Amended Complaint for Forfeiture as follows:

## Jurisdiction and Venue

1. This is an *in rem* civil forfeiture action pursuant to 18 U.S.C. § 981(a)(1)(A), resulting from violations of 18 U.S.C. §§ 371, 1956, 1957, and 1960, and 21 U.S.C. § 881, resulting from controlled substance trafficking.

2. This Court has original jurisdiction over this proceeding pursuant to 28 U.S.C. § 1345 because this action is being commenced by the United States of America as plaintiff.

3. This Court has jurisdiction over this forfeiture action pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in the Eastern District of Michigan.

4. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the government's claims occurred in this District.

5. Venue is also proper before this Court pursuant to 28 U.S.C. § 1395(c) because the defendants *in rem* were brought into the Eastern District of Michigan.

## Defendants *In rem*

6. The defendants *in rem* consist of:

a. 65.08094134 Bitcoin (seized from Binance User ID 26712506);

b. 247653.48461442 United States Dollar Tether (seized from Binance User ID 40215431);

c. 9.1345 Ethereum (seized from Binance User ID 91594658);

d. 25000.461 United States Dollar Tether (seized from Binance User ID 91594658);

e. 1.00000785 Bitcoin (seized from Binance User ID 91594658);

and

f. 3.00992637 Ethereum (seized from Binance User ID 20928657).

("Defendant Cryptocurrencies").

7. The Defendant Cryptocurrencies were seized on or about May 19, 2022, pursuant to a seizure warrant authorized by the United States District Court for the Eastern District of Michigan.

<u>**Underlying Criminal Statutes**</u>

8. **Controlled Substance Offenses:** Title 21, United States Code, Section 841(a), prohibits anyone from (i) manufacturing, distributing, or dispensing, or possessing with intent to manufacture, distribute, or dispense, a controlled substance; or (ii) creating, distributing, or dispensing, or possessing with intent to distribute or

dispense, a counterfeit substance. A conspiracy to violate the same statute is proscribed by Title 21, United States Code, Section 846.

9. **Conspiracy**: Pursuant to Title 18, United States Code, Section 371, if two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each person shall be fined or imprisoned not more than five years, or both.

10. **Concealment Money Laundering:** Title 18, United States Code, Section 1956(a)(1)(B), prohibits conducting financial transactions knowing that the transaction is designed in whole or in part (i) to conceal or disguise the nature, location, source, ownership or control of the proceeds of the specified unlawful activity; or (ii) to avoid a transaction reporting requirement under State or Federal law.

11. **International Money Laundering:** Title 18, United States Code, Section 1956(a)(2), prohibits transporting, transmitting, or transferring—or attempting to transport, transmit, or transfer—a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the

United States from or through a place outside the United States, (A) with the intent to promote the carrying on of specified unlawful activity; or (B) knowing that the monetary instrument or funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, or transfer is designed in whole or in part (i) to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity; or (ii) to avoid a transaction reporting requirement under State or Federal law.

12. **Money Laundering Conspiracy:** Title 18, United States Code, Section 1956(h), provides that any person who conspires to commit any offense defined in Title 18, United States Code, Sections 1956 or 1957 shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy.

13. **Spending Money Laundering**: Title 18, United States Code, Section 1957, prohibits knowingly engaging or attempting to engage in a monetary transaction in criminally derived property of a value greater than $10,000 that is derived from specified unlawful activity.

14. **Unlicensed Money Transmitting:** Title 18, United States Code, Section 1960, makes it unlawful to engage in an unlicensed money transmitting business. An unlicensed money transmitting business is defined as one which affects interstate or foreign commerce in any manner or degree, is operated without an appropriate license in a state, whether or not the transmitter knew that the operation was required to be licensed, is not in compliance with the money transmitting business registration requirements under 31 U.S.C. § 5330, which requires that money transmitting businesses be registered with the Secretary of the Treasury, or otherwise involves the transportation or transmission of funds that are known by the transmitter to have been derived from a criminal offense, or are intended to be used to promote or support unlawful activity.

**Statutory Basis for Civil Forfeiture**

15. Title 18, United States Code, Section 981(a)(1)(A), provides for the forfeiture to the United States of any property, real or personal, involved in a transaction or attempted transaction in violation of section 1956, 1957, or 1960 of Title 18 of the United States Code, or any property traceable to such property.

16. Title 21, United States Code, Section 881, provides for the forfeiture to the United States of "[a]ll moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter."

## Factual Basis for Forfeiture

### A. Overview

17. The Defendant Cryptocurrencies are forfeitable to the United States as property involved in money laundering and unlicensed money transmitting conspiracies, in violation of 18 U.S.C. §§ 371, 1956, 1957, and 1960, and as drug money and facilitating property subject to forfeiture under 21 U.S.C. § 881. The facts supporting this determination include, but are not limited to, the following:

18. The Defendant Cryptocurrencies were seized from Binance accounts utilized by Money Laundering Organizations (MLOs) based in Mexico to transmit the proceeds of international drug trafficking, and

run by Fabricio LEDESMA-HEINRICH and Juan Carlos MICHEL-MARTINEZ, and others. The Binance accounts were also utilized to facilitate unlicensed money transmitting involving the United States through U.S. dollar cash and cryptocurrency transactions. Binance is a cryptocurrency exchange where registered users can trade cryptocurrencies.

19. As detailed below, the money laundering activities of the MLOs, beginning in at least 2018 and continuing through at least May 3, 2024, include couriers who pick up bulk U.S. currency obtained from drug trafficking sales, the depositing of the bulk currency into a bank account, the conversion of the currency to Bitcoin or other cryptocurrency, and the transmission of the cryptocurrency to a digital address that is provided to cryptocurrency account operators by the MLO. At least one of the financial accounts involved and utilized in the MLO conspiracy was located in the Eastern District of Michigan.

20. Binance accounts utilized to facilitate the money laundering and unlicensed money transmitting conspiracy by conducting cryptocurrency transactions, included, but was not limited to, Binance

User IDs: 26712506, 40215431, 91594658, and 20928657 ("target Binance accounts").

21. On May 19, 2022, a federally authorized seizure warrant was executed against the target Binance accounts, resulting in the seizure of the Defendant Cryptocurrencies.

**B. Investigation Details**

***Relevant Individuals***

22. Fabricio LEDESMA-HEINRICH: is a citizen of Mexico and is a money launderer who specializes in cryptocurrency and owns multiple Mexican-based businesses to include "centro cambiarios" (money exchanges). LEDESMA-HEINRICH coordinates money (bulk currency) pick-ups of suspected drug proceeds in cities throughout the United States on behalf of DTMLOs. LEDESMA-HEINRICH then facilitates the transfer of cryptocurrency to cryptocurrency wallets, suspected of being controlled by individuals located in Mexico and/or Colombia, in exchange for the bulk currency. LEDESMA-HEINRICH's former associate and indicted money launderer was Juan Carlos MICHEL-MARTINEZ. Neither LEDESMA-HEINRICH nor MICHEL-MARTINEZ not licensed to operate a money transmitting business.

23. Juan Carlos MICHEL-MARTINEZ (MICHEL-MARTINEZ): MICHEL-MARTINEZ is a citizen of Mexico and was a money launderer who specialized in cryptocurrency, coordinating money pick-ups of suspected drug proceeds in cities throughout the United States on behalf of DTMLOs and facilitated the transfer of cryptocurrency to cryptocurrency wallets, similar to the operations of LEDESMA-HEINRICH. According to a DEA Confidential Source (DEA-1), MICHEL-MARTINEZ and LEDESMA-HEINRICH had a business dispute over a prior money contract, which led to severed relations between MICHEL-MARTINEZ and LEDESMA-HEINRICH. MICHEL-MARTINEZ thereafter conducted money laundering contracts independent of LEDESMA-HEINRICH.

24. Kevin Arturo MANTEROLA-CERVANTES (a.k.a., “KV,” a.k.a., “Kevin”) (MANTEROLA-CERVANTES): is a citizen of Mexico who utilizes the money laundering services of LEDESMA-HEINRICH to convert the bulk currency obtained from drug dealing to cryptocurrencies.

25. Juan Jose NAVARRETE-PERAZA (NAVARRETE-PERAZA): is a citizen of Mexico and employee working on behalf of LEDESMA-

HEINRICH. NAVARRETE-PERAZA facilitates money laundering activities for LEDESMA-HEINRICH and utilizes his cryptocurrency account to conduct cryptocurrency transactions on behalf of LEDESMA-HEINRICH. Per DEA-1, NAVARRETE- PERAZA is “the finance guy” associated with LEDESMA-HEINRICH’s cryptocurrency exchange business.

26. Grecia Giselle AZCANIO-REYES (AZCANIO-REYES): is a citizen of Mexico and suspected employee of LEDESMA-HEINRICH. A cryptocurrency account in AZCANIO-REYES’ name has been utilized to facilitate money laundering activities on behalf of LEDESMA-HEINRICH. Per subpoenaed Binance records, AZCANIO-REYES provided email address gazcanio@criptotal.com.mx to establish her Binance account. According to DEA-1, “criptotal” is an enterprise owned by LEDESMA-HEINRICH which is specifically engaged in cryptocurrency exchange.

27. Peggy SANCHEZ-CARDENA (SANCHEZ-CARDENA): is a citizen of Mexico and suspected employee of LEDESMA-HEINRICH. Per subpoenaed Binance records, SANCHEZ-CARDENA was identified as the owner of an account receiving cryptocurrencies from

NAVARRETE-PERAZA, MANTEROLA-CERVANTES and AZCANIO-REYES. These records also indicate SANCHEZ-CARDENA utilized email address pcardena@criptotal.com.mx to establish her Binance account, which as previously explained, is associated with LEDESMA-HEINRICH's cryptocurrency exchange business.

28. Maria Fernanda ACEVEDO-CABRAL (ACEVEDO-CABRAL): is a citizen of Mexico and suspected employee of LEDESMA-HEINRICH. Per subpoenaed Binance records, ACEVEDO-CABRAL was identified as the owner of an account receiving cryptocurrencies from SANCHEZ-CARDENA and sending cryptocurrencies to NAVARRETE-PERAZA, MANTEROLA-CERVANTES, AZCANIO-REYES and SANCHEZ-CARDENA. These records also indicate ACEVEDO-CABRAL utilized email address facevedo@criptotal.com.mx to establish her Binance account, which as previously explained, is associated with LEDESMA-HEINRICH's cryptocurrency exchange business.

29. Per Binance records, the Binance accounts of ACEVEDO-CABRAL, SANCHEZ-CARDENA and AZCANIO-REYES were accessed at the same IP address in Monterrey, Mexico (IP address 201.139.252.41) on February 9, 2022. Furthermore, subpoenaed records

from Binance and Google also show that NAVARRETE-PERAZA frequently accessed the same IP address, albeit, on different days. The access of these ostensibly independent accounts at the same IP address location indicates they are used by the same user and/or users at a common location.

***Background***

30. The DEA has been investigating the LEDESMA-HEINRICH and MICHEL-MARTINEZ DTMLO since approximately February 2021. LEDESMA-HEINRICH is believed to be the head of the DTMLO and MICHEL-MARTINEZ is believed to be a former close associate and money launderer.

31. Beginning in approximately February 2021, DEA-1 provided information to Detroit Field Division (DFD) Financial Investigation Group (FIG) concerning Fabricio LEDESMA-HEINRICH. DEA-1 told investigators that Fabricio LEDESMA-HEINRICH is a leader of a DTMLO, who resides in Mexico City and Cancun, Mexico, and has been laundering drug proceeds since at least May 2018. According to DEA-1, in the past LEDESMA-HEINRICH has asserted his DTMLO launders proceeds for Colombian and Mexican-based drug trafficking and money

laundering organizations that have cells operating in countries around the world, including the United States.

32. Although DEA-1 has been associated with, and provided information about LEDESMA-HEINRICH since 2018, DEA-1 worked with DEA prior to 2018 for monetary purposes. Over the course of DEA-1's history of cooperating with the DEA, the information provided by DEA-1 has led to multiple arrests and the seizure of multi-kilogram quantities of controlled substances, drug proceeds, and weapons. As detailed below, investigators have also independently corroborated the information provided by DEA-1. As a result, investigators have deemed DEA-1's information credible and reliable. DEA-1 has no criminal history.

33. DEA-1 maintained contact with LEDESMA-HEINRICH from 2018 until present but did not participate in money laundering with LEDESMA-HEINRICH until February 2021. In February 2021, at the direction of Detroit Field Division Financial Investigation Group (hereinafter DFD FIG) agents, DEA-1 purported himself/herself to LEDESMA-HEINRICH and LEDESMA-HEINRICH's close associate, MICHEL-MARTINEZ, as having the ability to conduct money

laundering transactions. More specifically, DEA-1 notified LEDESMA-HEINRICH and MICHEL-MARTINEZ that he/she could fulfill "contracts" in which DEA-1 would organize with local domestic couriers to collect bulk narcotics proceeds throughout the United States and transfer the cash into the United States financial system, ultimately returning these proceeds to LEDESMA-HEINRICH and MICHEL-MARTINEZ or their designees through various money laundering methods (e.g., Bitcoin transfer, bank account transfers, etc.).

34. DEA-1 later began to receive multiple contracts on behalf of both LEDESMA-HEINRICH and MICHEL-MARTINEZ in various cities across the United States in which DEA-1, at the direction of DFD FIG agents, would organize pick-ups of bulk cash which were then deposited into undercover Attorney General Exempt Operation (AGEO) accounts – undercover accounts which provide DEA the authority to conduct undercover financial transactions to infiltrate and dismantle DTMLOs. After the bulk cash was deposited into undercover bank accounts, it was converted to Bitcoin and sent to Bitcoin addresses provided by LEDESMA-HEINRICH and/or MICHEL-MARTINEZ. In addition to completing money contracts on behalf of LEDESMA-HEINRICH and

MICHEL-MARTINEZ, information obtained from LEDESMA-HEINRICH and MICHEL-MARTINEZ money pick-ups have resulted in multiple seizures and/or arrests.

***Seizures/Arrests Associated with Contracts***

*(1) Methamphetamine Seizure and Arrests on August 12, 2020*

35. On or around March 10, 2021, LEDESMA-HEINRICH offered DEA-1 a money laundering contract to pick up approximately $90,000.00 in U.S. currency in Dallas, Texas, convert the U.S. currency (U.S.C.) to Bitcoin, and transfer it to a Bitcoin address provided by LEDESMA-HEINRICH. At the direction of agents, DEA-1 accepted the contract and DFD FIG agents coordinated with DEA investigators in Dallas, Texas (DEA-TX) to complete the money pick-up. DEA-TX, utilizing a Confidential Source (CS), was telephonically contacted by an unknown male, who was attempting to deliver “the papers,” which agents immediately recognized as a coded term for bulk-currency. This unknown male directed the CS to an apartment in the Mesquite, Texas area. On March 11, 2021, members of DEA-TX established surveillance in the area of the pre-determined location. Surveillance observed a Hispanic male, later identified as Antonio Betancourt exit his vehicle

and provide the CS with a bag determined to contain $68,630 U.S.C. On this same date, the U.S. currency received from Betancourt was subsequently deposited into a DEA AGEO undercover account, converted to Bitcoin and sent to the Bitcoin address provided, as directed by LEDESMA-HEINRICH through DEA-1. Following this transaction, DEA-TX determined Betancourt was being targeted in another DEA investigation in Texas and was identified as a source of supply for 5 kilograms of crystal methamphetamine which was seized by DEA on or around August 12, 2020. During this August 12, 2020 seizure, agents arrested two individuals. One of the arrested individuals stated the methamphetamine was sourced by Betancourt. A subsequent latent fingerprint examination of one of the bags containing methamphetamine identified a known fingerprint belonging to Betancourt.

*(2) Cocaine, Methamphetamine, and Bulk Currency Seizure on May 19, 2021*

36. On or around May 7, 2021, LEDESMA-HEINRICH offered DEA-1 a money laundering contract to pick up approximately $100,000.00 U.S.C. in Greensboro, North Carolina, convert the U.S. currency to

Bitcoin, and transfer it to a Bitcoin address provided by LEDESMA-HEINRICH. At the direction of agents, DEA-1 accepted the contract and DFD FIG agents coordinated with DEA investigators in Greensboro, North Carolina (DEA-NC) to complete the money pick-up. DEA-NC, utilizing an undercover (UC) agent, was telephonically contacted by an unknown male, who was attempting to deliver the money. This unknown male directed the UC to a residence located at 111 Lowrider Drive in Stokesdale, NC in order to obtain the money. The UC agent arrived at 111 Lowrider where an unknown female, later identified as Alexandra LUNA-ESQUIVEL, exited the residence and provided a bag, which was later determined to contain $124,980 U.S.C., to the UC. On or around May 14, 2021, the U.S.C. was subsequently deposited into a DEA AGEO undercover account, converted to Bitcoin and sent to the Bitcoin address provided by LEDESMA-HEINRICH, as directed by LEDESMA-HEINRICH through DEA-1. On or around May 19, 2021, members of the DEA-NC investigative team executed a search warrant at 111 Lowrider Drive in Stokesdale, NC, where LUNA-ESQUIVEL was present, resulting in the seizure of approximately 1 kilogram of cocaine, ½ kilogram of methamphetamine and $42,655

U.S.C.

*(3) Cocaine and Bulk Currency Seizure on June 24, 2021*

37. On or around May 27, 2021, LEDESMA-HEINRICH offered DEA-1 a money laundering contract to pick up approximately $100,000.00 U.S.C. in Louisville, Kentucky, convert the U.S.C. to Bitcoin, and transfer it to a Bitcoin address as provided by LEDESMA-HEINRICH. At the direction of agents, DEA-1 accepted the contract and DFD FIG agents coordinated with DEA investigators in Lexington, Kentucky (DEA-KY) to complete the money pick-up. DEA-KY, utilizing an undercover, was telephonically contacted by an unknown male, later identified as Ricardo ROMERO-ONTIVEROS, who was attempting to deliver the money. On this same date, ROMERO-ONTIVEROS met with the UC at a pre-determined location and provided the UC with $70,000 U.S.C. before returning to a residence located at 1023 South 23rd Street, Louisville, Kentucky. On or around May 28, 2021, the U.S.C. was subsequently deposited into a DEA AGEO undercover account, converted to Bitcoin and sent to the Bitcoin address provided by LEDESMA-HEINRICH, as directed by LEDESMA-HEINRICH through DEA-1, on this same date.

38. On or around June 24, 2021, DEA-KY conducted a traffic stop of ROMERO-ONTIVEROS, who was driving a silver Jeep Grand Cherokee, previously observed being operated by ROMERO-ONTIVEROS. During a consent search of the Cherokee, officers located $130,040.00 bulk U.S. currencyC. contained within a toolbox. On the same date, following the traffic stop, agents/officers conducted a consent search of the residence located at 1023 South 23rd Street, Louisville, Kentucky and seized approximately 2 kilograms of cocaine. During a post-Miranda interview, ROMERO-ONTIVEROS indicated he worked for "the cartel" but did not provide the name of the cartel.

*(4) Methamphetamine and Bulk Currency Seizure on November 29, 2021*

39. On or around November 16, 2021, LEDESMA-HEINRICH offered DEA-1 a money laundering contract to pick up approximately $100,000.00 U.S.C. in Minneapolis, Minnesota, convert the U.S.currency to Bitcoin, and transfer it to a Bitcoin address as provided by LEDESMA-HEINRICH. LEDESMA-HEINRICH informed DEA-1 that the contract belonged to MANTEROLA-CERVANTES. At the direction of agents, DEA-1 accepted the contract and DFD FIG agents

coordinated with DEA investigators in Minneapolis, Minnesota (DEA-MN) to complete the money pick-up. DEA-MN, utilizing an undercover, was telephonically contacted by an unknown female, later identified as Paolo YANEZ JUVERA, who was attempting to deliver the money. On this same date, YANEZ JUVERA met with the undercover at a pre-determined location and provided the UC with $99,900 bulk U.S. currency before returning to her residence, an Airbnb, located at 3535 Grand Avenue South, Apartment 102, Minneapolis, Minnesota. On this same date, the U.S. currency was deposited into a DEA AGEO undercover account. On or around November 17, 2021, the U.S. currency was converted to Bitcoin and sent to the Bitcoin address provided by LEDESMA-HEINRICH as directed by LEDESMA-HEINRICH through DEA-1.

40. On or around November 29, 2021, DEA- MN conducted a search warrant at YANEZ JUVERA's previously identified Airbnb residence located at 3535 Grand Avenue South, Apartment 102, where agents later seized $196,187 bulk U.S.C. along with a suspected drug ledger. YANEZ JUVERA provided agents with information related to another Airbnb location which YANEZ JUVERA said she was renting on behalf

of the DTO, located at 461 Maryland Ave West, #206 in St. Paul, Minnesota. On this same date, DEA-MN obtained a search warrant for 461 Maryland Ave. West where they seized $24,870 bulk U.S.C. and approximately 14.6 kilograms of methamphetamine.

*(5) 100 Kilogram Cocaine Seizure on March 29, 2015*

41. Through an analysis of MICHEL-MARTINEZ's, NAVARRETE-PERAZA's and SANCHEZ-CARDENA's Binance accounts, agents determined between on or around April 23, 2021 and on or around March 8, 2022, the three sent cryptocurrencies worth approximately 320,380.99 BUSD[1] to Norberto Valencia-Gonzalez's (Valencia-Gonzalez) Binance account and received cryptocurrency worth approximately 250,706.48 BUSD from Norberto Valencia-Gonzalez's Binance account.

42. A subsequent law enforcement query of Valencia-Gonzalez determined Valencia-Gonzalez is a current DEA fugitive in a DEA Chicago, Illinois investigation and associated with two other DEA investigations based in Mexico. According to the affidavit in support of extradition for Valencia-Gonzalez, Valencia-Gonzalez was identified as

[1] BUSD, which stands for "Binance USD," is a U.S regulated stable coin, fully backed by U.S. dollars: 1 BUSD = $1.00.

a lead member of the Luis Eduardo Gonzalez Garcia (the "Gonzalez Garcia DTO") and was responsible for directing, managing, and overseeing the organization's drug trafficking and money laundering activities. Valencia-Gonzalez was responsible for importing thousands of kilograms of cocaine from Mexico into the United States, and distributing the cocaine to cities throughout the United States, including Chicago, Illinois and subsequently transporting millions of dollars in cash drug proceeds from the United States to Mexico. As one of the organization's leaders, Valencia-Gonzalez directed U.S.-based members of the Gonzalez Garcia DTO to establish and operate warehouses and front companies in cities across the United States that posed as legitimate wholesale distributors of various consumer goods, but in fact operated as cocaine distribution hubs. Valencia-Gonzalez oversaw the establishment and operation of multiple such warehouses and front companies along the Texas/Mexico border, where the Gonzalez Garcia DTO cocaine was staged and shipped north after being smuggled in from Mexico, as well as in destination cities where the DTO's cocaine was distributed and sold, including in Houston, Texas; Atlanta, Georgia; and Arlington Heights, Illinois. In these semi-truck

shipments, cocaine and cash narcotics proceeds were concealed within pallets of legitimate consumer goods, such as laundry detergent and furniture.

43. During the investigation, Jesus Alberto Arredondo Alvarez, one of Valencia-Gonzalez's associates, admitted to law enforcement authorities that he worked with Valencia-Gonzalez, and others, to distribute hundreds of kilograms of cocaine and millions of dollars in narcotics proceeds for the Gonzalez Garcia DTO. Specifically, Arredondo Alvarez stated that in or around 2014 or early 2015, Arredondo Alvarez, who at the time oversaw all U.S.-based DTO operations, traveled to Monterrey, Mexico to meet with Gonzalez Garcia to discuss DTO operations. During the meeting, Gonzalez Garcia introduced Valencia-Gonzalez as his nephew, and the three men discussed DTO business together. Arredondo Alvarez stated that, based on this meeting, as well as later meetings and discussions with Gonzalez Garcia and Valencia-Gonzalez, Arredondo Alvarez learned that Valencia-Gonzalez was in charge of laundering DTO proceeds through a network of shell corporations in Mexico, and acquiring in bulk the legitimate materials—including Mexican laundry detergent and snack foods—that

the DTO used to conceal its cocaine and money shipments. On or around March 29, 2015, law enforcement seized approximately 100 kilograms of cocaine at an identified Gonzalez Garcia DTO warehouse just outside of Atlanta. According to Arredondo Alvarez, after the March 29, 2015 seizure, he traveled to Monterrey to meet with Gonzalez Garcia, Valencia-Gonzalez, and others to discuss the seizure. During the meeting, Gonzalez Garcia told Arredondo Alvarez that he was being demoted within the DTO, and that Valencia-Gonzalez was taking over as his deputy in charge of overseeing all DTO warehouses in the United States.

***Interview of Ledesma-Heinrich in December 2021***

44. On or about December 8, 2021, DEA agents approached LEDESMA-HEINRICH while in Miami, Florida. LEDESMA-HEINRICH agreed to speak with agents and provided information regarding his money laundering activities. LEDESMA-HEINRICH told agents that he owns a currency exchange in which LEDESMA-HEINRICH is approached by “brokers” residing in Mexico who have contracts to pick up bulk currency in various areas of the United States. These “brokers” then use the services of LEDESMA-HEINRICH to

obtain the bulk currency and ultimately convert it to Bitcoin, which is then transferred to various crypto wallets as designated by the "brokers." LEDESMA-HEINRICH also informed agents he has a designated employee who is specifically engaged in operations and works closely with the brokers to facilitate cryptocurrency transactions.

45. LEDESMA-HEINRICH identified his three biggest clients in the U.S., one being Moises HANONO (aka Moises Hanono-Azrak) (HANONO), who pick up bulk currency and charge LEDESMA-HEINRICH a percentage to pick up the currency. A query of LEDESMA-HEINRICH's iCloud, which agents had obtained via a federal search warrant authorized by the Honorable Jonathan J.C. Grey on November 29, 2021, identified a photograph (below) of a transaction log involving "Hanono" with categories including the date (fecha), name of client (nombre del cliente), an entry amount (entrada), exit amount (salida), cost amount (costo) and a total cost amount (costo total).

| HANONO 07/04/2021 | | | | | |
|---|---|---|---|---|---|
| Fecha | Nombre del Cliente | ENTRADA | SALIDA | Costo | Costo Total |
| 07/04/2021 | HANONO | $ 60,000.00 | $ - | $ 18.75 | $ 1,125,000.00 |
| 07/04/2021 | HANONO | $ 180,000.00 | $ - | $ 18.75 | $ 3,375,000.00 |
| TOTAL | | | | | $ 4,500,000.00 |
| 08/04/2021 | JOSVEN STAR SEAL | | $ 562,500.00 | | $ 3,937,500.00 |
| 08/04/2021 | JOSVEN STAR SEAL | | $ 562,500.00 | | $ 3,375,000.00 |
| 08/04/2021 | JOSVEN STAR SEAL | | $ 1,500,000.00 | | $ 1,875,000.00 |
| 09/04/2021 | JOSVEN STAR SEAL | | $ 468,750.00 | | $ 1,406,250.00 |
| 09/04/2021 | JOSVEN STAR SEAL | | $ 468,750.00 | | $ 937,500.00 |
| 09/04/2021 | JOSVEN STAR SEAL | | $ 468,750.00 | | $ 468,750.00 |
| 09/04/2021 | JOSVEN STAR SEAL | | $ 468,750.00 | | $ - |

46. LEDESMA-HEINRICH told agents that he knows of other individuals who ask him to pick up currency in the U.S. but only by their initials. When asked why he does not know the names of these individuals, LEDESMA-HEINRICH stated "it's because they're not doing things right." In a follow up interview, LEDESMA later acknowledged that the money was likely from drug proceeds. When asked which drug cartels LEDESMA-HEINRICH associates with, LEDESMA-HEINRICH classified himself as being "independent" and not affiliated with any specific drug cartel.

47. LEDESMA-HEINRICH also told agents that he receives wire transfers and purchases "Tether." Tether is a blockchain-based cryptocurrency whose "coins" or "tokens" are backed by an equivalent amount of U.S. dollars trading under the symbol, USDT. https://www.investopedia.com /terms/t/tether-usdt.asp. LEDESMA-HEINRICH purchases USDT with fiat currency and wire transfers. When purchasing USDT with currency, LEDESMA-HEINRICH told agents that he uses a service to transport the currency. LEDESMA-HEINRICH estimated that he dealt 80-90% in USDT and 10-20% in Bitcoin also a blockchain-based cryptocurrency.

48. During the meeting on or about December 8, 2021, LEDESMA-HEINRICH agreed to attempt to conduct a money contract involving the pickup of bulk currency in the U.S. in the presence of investigators. On or about December 8, 2021, LEDESMA-HEINRICH contacted an employee of his cryptocurrency exchange business via WhatsApp to acquire a contract to pick up bulk currency in the United States. He received a response indicating there were no contracts available at the time.

***Cryptocurrency Scheme***

49. Based on the undersigned agent's training and experience as well as his knowledge and information garnered from other money launderers in this case and similar cases, cryptocurrency transactions are often used to launder proceeds derived from narcotic trafficking. More specifically, narcotics traffickers in source countries (e.g., Mexico and Colombia) provide narcotics to consumer countries (e.g., the United States). The bulk currency proceeds derived from the sale of these narcotics are then returned to the narcotics traffickers within the source countries using various methods including cryptocurrencies. In this case, the narcotic traffickers contact money brokers, or professional

money launderers, who are responsible for collecting the bulk currency within the consumer countries and depositing the currency into the U.S. banking system. The brokers often then pay out the narcotics traffickers in fiat currency within the source countries and sell the cryptocurrency to a separate "crypto" broker. This crypto broker may then conduct a series of cryptocurrency transactions across multiple cryptocurrency exchanges utilizing an array of methods (e.g., a cryptocurrency scrambler) in an effort to obfuscate the true origin of the money. These crypto brokers often then sell the cryptocurrency in the "black market" in exchange for various fiat currencies.

**THE TARGET USER ID ACCOUNTS**

50. Between on or around February 2021 and on or around April 2022, at the direction of LEDESMA-HEINRICH and/or MICHEL-MARTINEZ, DEA-1 has conducted more than 50 money laundering contracts, including more than 40 money pick-ups resulting in cash, bank account and/or cryptocurrency transfers. As part of these contracts, LEDESMA-HEINRICH and/or MICHEL MARTINEZ have provided DEA-1 with five Bitcoin addresses to send Bitcoin and one Tether address to send Tether. Four of the addresses, identified below

as BTC Addresses 1-4, plus the Tether address, identified below as USDT Address 1, have been linked to User ID accounts hosted at the Binance cryptocurrency exchange. The five addresses (**Target Addresses**) are as follows:

- **1PrVAKBaLZDhnxFVhqj1B8m86eK7cecXVz (BTC Address 1) (User ID 59746009)**
- **18voWsD7TSFAvj5vzfbsanZ5Kj7nv6x3yZ (BTC Address 2) (User ID 20928657)**
- **1FPjRnFwJRUcm7tP6BCmRjoU9D1yZmyyHv (BTC Address 3) (User ID 157134571)**
- **1D4tj3wcFENaq65ABy8hzrRDvLJa2b5NXY (BTC Address 4) (User ID 186872366)**
- **0x5a8a021305a2633b7c3d1300b23f256a843f300b (USDT Address 1) (User ID 59746009)**

***BTC Address 1/USDT Address 1 (User ID 59746009)***

51. Between on or around March 22, 2021 and on or around August 3, 2021, DEA agents acting in an undercover capacity, conducted approximately 23 transactions in which a total of approximately 39.17884784 BTC (worth approximately $1,937,526.79) was sent to **BTC Address 1** as directed by LEDESMA-HEINRICH and/or MICHEL-MARTINEZ. On or around February 8, 2022, DEA agents

acting in an undercover capacity, conducted a transaction in which a total of 46,981.73 Tether (approximately $47,018.84 BUSD on the date of the transaction) was sent to **USDT Address 1** as directed by MICHEL-MARTINEZ. Subpoenaed records received from Binance identify the account holder associated with **BTC Address 1** and **USDT Address 1** as MICHEL-MARTINEZ. The records list MICHEL-MARTINEZ's User ID as 59746009. The account was opened on or around December 16, 2020. Records further show between on or around December 17, 2020 and on or around February 25, 2022, approximately 134.6142935 BTC (worth approximately 7,068,865.21 BUSD) were deposited into the account, approximately 8,887,939.04 Tether (USDT[2]) (worth approximately 8,892,604.19 BUSD) were deposited into the account, approximately 71.50127854 Ethereum (ETH) (worth approximately 119,422.26 BUSD) were deposited into the account and 1,000 TrueUSD (TUSD[3]) (worth approximately 1,000 BUSD) were

---

[2] USDT is a stable coin cryptocurrency with a value meant to mirror the value of the U.S. dollar; unlike BUSD, USDT tokens are backed by offshore banks. Offshore banks offer fewer charges for operation and tax benefits, but they aren't always fully secure like the FDIC-insured US banks that BUSD uses.

[3] Tether USDT like BUSD is a U.S regulated stable coin, fully backed by U.S. dollars: 1 TUSD = $1.00.

deposited into the account. During the same period, approximately 25.74817572 BTC (worth approximately 1,432,400.56 BUSD) was sent from MICHEL-MARTINEZ's Binance account to other cryptocurrency addresses, approximately 14,232,385.83 USDT (worth approximately 14,240,315.71 BUSD) was sent from MICHEL-MARTINEZ's Binance account to other cryptocurrency addresses, and assorted other cryptocurrencies with an approximate value of 381,669.73 BUSD were sent from MICHEL-MARTINEZ's Binance account to other cryptocurrency addresses.

**DEPOSITS INTO BINANCE USER ID 59746009**

| Amount and Type of Cryptocurrency | BUSD |
|---|---|
| 134.6142935 BTC | 7,068,865.21 |
| 8,887,939.04 USDT | 8,892,604.19 |
| 71.50127854 ETH | 119,422.26 |
| 1,000 TUSD | 1,000.00 |
| | **16,081,891.66** |

**WITHDRAWALS FROM BINANCE USER ID 59746009**

| Amount and Type of Cryptocurrency | BUSD |
|---|---|
| 25.74817572 BTC | 1,432,400.56 |
| 14,232,385.83 USDT | 14,240,315.71 |
| Other | 381,699.73 |
| | **16,054,416.00** |

52. The balance in MICHEL-MARTINEZ's Binance account on or around March 9, 2022, the date the records were provided, was effectively $0.00. Analysis of the activity within the account shows that a large portion of the BTC deposited into the account was quickly converted to USDT and funds generally moved in and out of the account rapidly. For example, on or around April 13, 2021, at approximately 17:03:17, DEA agents, acting in an undercover capacity, sent approximately 2.12253965 BTC (approximately 133,639.09 BUSD) to **BTC Address 1**. On or around April 13, 2021, at approximately 17:04:11 and approximately 17:04:13 there were two transactions within MICHEL-MARTINEZ's Binance account in which a total of approximately 2.12589 BTC was converted to approximately 126,206.17 USDT. Based on their training, experience, and knowledge of the case, investigators believe the conversions were done for two reasons, to protect the DTMLO from fluctuations in BTC's value and to increase the complexity of the transactions, making the cryptocurrency more difficult to trace. Based on my training, experience, and knowledge of the case, I believe the primary purpose of MICHEL-MARTINEZ's Binance account, User ID 59746009, was to facilitate the DTMLO's

money laundering activities.

***BTC Address 2 (User ID 20928657)***

53. **BTC Address 2** was utilized to conduct two transactions on or around May 14, 2021, totaling approximately 2.55419222 BTC (approximately 120,105.06 BUSD) at the direction of LEDESMA-HEINRICH. Subpoenaed records received from Binance identify Kevin Arturo MANTEROLA-CERVANTES as the account holder. The records list MANTEROLA-CERVANTES's User ID as 20928657. MANTEROLA- CERVANTES was further described as a sub-broker, who requested the money laundering services of LEDESMA-HEINRICH and is suspected to be working in close concert with the Mexican drug cartels. The records show the account was opened on or around January 10, 2018. Records further show between on or around January 15, 2018 and on or around February 15, 2022, approximately 55.50011728 BTC (worth more than[4] 1,745,581.33 BUSD) was deposited into the account, approximately 6,492,900.94 USDT (worth approximately 6,495,651.72 BUSD) was deposited into the account, and

[4] The records do not include BUSD values for transactions prior to September 19, 2019.

assorted other cryptocurrencies worth more than 35,198.42 BUSD were deposited into the account. During the same period approximately 30.45851428 BTC (worth more than 715,278.58 BUSD) was sent from MANTEROLA-CERVANTES' Binance account to other cryptocurrency addresses, approximately 7,533,105.86 USDT (approximately 7,537,502.10 BUSD) was sent from MANTEROLA-CERVANTES' Binance account to other cryptocurrency addresses, and assorted other cryptocurrencies worth approximately 3,279.76 BUSD were sent from MANTEROLA-CERVANTES' Binance account to other cryptocurrency addresses.

**DEPOSITS INTO BINANCE USER ID 20928657**

| Amount and Type of Cryptocurrency | BUSD |
|---|---|
| 55.50011728 BTC | 1,745,581.33 |
| 6,492,900.94 USDT | 6,495,651.72 |
| Other | 35,198.42 |
| | **8,276,431.47** |

**WITHDRAWALS FROM BINANCE USER ID 20928657**

| Amount and Type of Cryptocurrency | BUSD |
|---|---|
| 30.45851428 BTC | 715,278.58 |
| 7,533,105.86 USDT | 7,537,502.10 |
| Other | 3,279.76 |
| | **8,256,060.44** |

54. In addition to receiving deposits of suspected narcotic proceeds from DEA UC agents, on or around May 28,2021, MANTEROLA-CERVANTES' Binance account received a deposit of approximately 9,999 USDT from a Binance account in the name of Sebastian Bergonzoli-Uribe. On or around June 17, 2021, members of DEA-New York arrested Bergonzoli-Uribe as he flew from Orlando, Florida to Newark, New Jersey for conspiracy to possess with intent to distribute 123 kilograms of cocaine. The following day, on or around June 18, 2021, Bergonzoli-Uribe's business partner and co-conspirator, Jorge Andres Florez-Robles was arrested in Doral, Florida. On or around this same date, members of DEA-Miami and DEA-New York seized a Cessna 210 aircraft registered by Attrac Investments, LLC, which identified Bergonzoli-Uribe as the manager. Based on my training and experience as well as information garnered from other DEA investigations, Cessna aircraft are commonly used by drug trafficking organizations to transport narcotics as they are comparatively inexpensive relative to other aircraft, have a robust load bearing capacity, and have the ability to land and takeoff to and from clandestine airstrips. A subsequent review of FLOREZ-ROBLES' phone

depicted evidence of narcotics trafficking including a future shipment of 35 kilograms of cocaine destined for New Jersey. Florez-Robles later notified agents that he and his business associate, Bergonzoli-Uribe, laundered money on behalf of a Colombian DTO, which was working with a Mexican cartel to distribute narcotics. More specifically, Florez-Robles explained that he and Bergonzoli-Uribe purchased and sold Bitcoin on behalf of the DTO/Cartel.

55. Analysis of the activity within MANTEROLA-CERVANTES' Binance User ID account shows that a large portion of the BTC deposited into the account was quickly converted to USDT. For example, on or around May 13, 2021, at approximately 23:49:08, DEA agents, acting in an UC capacity deposited, approximately 0.19170319 BTC (approximately 9,563.41 BUSD) into MANTEROLA-CERVANTES' Binance account. On or around May 14, 2021, at approximately 00:00:33, MANTEROLA-CERVANTES converted 0.1917 BTC to approximately 9,508.11 USDT. Shortly after converting the BTC to USDT, on or around May 14, 2021, at approximately 19:16:12, 41,400 USDT was sent from MANTEROLA-CERVANTES' Binance account to another crypto address. Investigators believe the conversions were

done for two reasons, to protect the DTMLO from fluctuations in BTC's value and to increase the complexity of the transactions, making the cryptocurrency more difficult to trace. I believe the account, User ID 20928657, is being utilized to facilitate the organizations money laundering activities.

***BTC Address 3 (User ID 157134571)***

56. Between on or around May 20, 2021 and on or around June 24, 2021, DEA agents acting in a UC capacity, conducted twelve transactions in which a total of approximately 39.62867586 BTC (approximately $1,496,304.08) was sent to **BTC Address 3**, as directed by LEDESMA-HEINRICH and/or MICHEL-MARTINEZ. Subpoenaed records received from Binance identify the account holder associated with **BTC Address 3** as Juan Jose NAVARRETE-PERAZA. The records list NAVARRETE-PERAZA's User ID as 157134571. The account was opened on or around May 14, 2021. Records further show between on or around May 18, 2021 and on or around January 2, 2022, approximately 89.18859822 BTC (then worth approximately 3,395,995.65 BUSD) was deposited into the account, and approximately 43,820,421.57 USDT (then worth approximately 43,832,508.11 BUSD)

was deposited into the account. During the same period approximately 12.50811717 BTC (then worth approximately 518,832.54 BUSD) was sent from NAVARRETE-PERAZA's Binance account to other cryptocurrency addresses, approximately 46,665,991.92 USDT (then worth approximately 46,680,895.74 BUSD) was sent from NAVARRETE- PERAZA's Binance account to other cryptocurrency addresses, and approximately 42.3774434 ETH (then worth approximately 125,678.64 BUSD) were sent from NAVARRETE-PERAZA's Binance account to other cryptocurrency addresses.

**Chart: Deposits Into Binance User ID 157134571**

| Amount and Type of Cryptocurrency | BUSD |
|---|---|
| 89.18859822 BTC | 3,395,995.65 |
| 43,820,421.57 USDT | 43,832,508.11 |
| | **47,228,503.76** |

**WITHDRAWALS FROM BINANCE USER ID 157134571**

| Amount and Type of Cryptocurrency | BUSD |
|---|---|
| 12.50811717 BTC | 518,832.54 |
| 46,665,991.92 USDT | 46,680,895.74 |
| 42.3774434 ETH | 125,678.64 |
| | **47,325,406.92** |

57. The balance in NAVARRETE-PERAZA's Binance account on or

around February 18, 2022, the date the records were provided, was effectively $0.00. Analysis of the activity within NAVARRETE-PERAZA's Binance account shows that a large portion of the BTC deposited into the account was quickly converted to USDT. For example, on or around May 20, 2021, at approximately 19:35:06, DEA agents, acting in an undercover capacity deposited, approximately 6.75470309 BTC (approximately 252,157.86 BUSD) into NAVARRETE-PERAZA's Binance account. On or around May 20, 2021, at approximately 19:38:22, NAVARRETE-PERAZA converted approximately 6.752780 BTC to approximately 270,524.83 USDT. Shortly after converting the BTC to USDT, on or around May 20, 2021, at approximately 19:53:53, 46,037.09 USDT was sent from NAVARRETE-PERAZA's Binance account to another crypto address and on or around May 20, 2021, at approximately 20:18:56, 199,991 USDT was sent from NAVARRETE- PERAZA's Binance account to yet another crypto address. Investigators believe the conversions were done for two reasons, to protect the DTMLO from fluctuations in BTC's value and to increase the complexity of the transactions, making the cryptocurrency more difficult to trace. Based on my training,

experience, and knowledge of the case, I believe the account, User ID 157134571, is being used to facilitate the organizations' money laundering activities.

***BTC Address 4 (User ID 186872366)***

58. Between on or around July 9, 2021 and on or around September 23, 2021, DEA agents acting in a UC capacity, conducted 6 transactions in which a total of approximately 15.050272 BTC (approximately $598,808.56) were sent to **BTC Address 4** as directed by LEDESMA-HEINRICH and/or MICHEL-MARTINEZ. Subpoenaed records received from Binance identify the account holder associated with **BTC Address 4** as Grecia Giselle AZCANIO-REYES. The records list AZCANIO-REYES' User ID as 186872366. The account was opened on or around July 7, 2021. Records further show between on or around July 9, 2021 and on or around December 14, 2021, approximately 20.06969522 BTC (worth approximately 898,850.46 BUSD) were deposited into the account. During the same period, approximately 0.07834241 BTC (worth approximately 4,680.43 BUSD) were sent from AZCANIO-REYES' Binance account to other cryptocurrency addresses and approximately 883,399.45 USDT (worth approximately 883,578.60

BUSD) were sent from AZCANIO-REYES' Binance account to other cryptocurrency addresses.

**DEPOSITS INTO BINANCE USER ID 186872366**

| Amount and Type of Cryptocurrency | BUSD |
|---|---|
| 20.06969522 BTC | 898,850.46 |

**WITHDRAWALS FROM BINANCE USER ID 186872366**

| Amount and Type of Cryptocurrency | BUSD |
|---|---|
| 0.07834241 BTC | 4,680.43 |
| 883,399.45 USDT | 883,578.60 |
| | **888,259.03** |

59. The balance in AZCANIO-REYES' Binance account on or around February 18, 2022, the date the records were provided, was effectively $0.00. Analysis of the activity within AZCANIO-REYES' Binance account shows of the approximately 883,399.45 USDT sent to other crypto addresses, 694,666.40 USDT was sent to a crypto address associated with NAVARRETE-PERAZA's Binance account. Similar to the three previous accounts, I believe AZCANIO-REYES' account, User ID 186872366, is being utilized to facilitate the organizations money laundering activities based on my training, experience, and knowledge

of the case.

**ADDITIONAL TARGET BINANCE USER ID ACCOUNTS**

- **Binance User ID 186873394**
- **Binance User ID 186869730**

60. In addition to the five **Target Addresses** which directly received cryptocurrency from the DEA undercover account, investigators have identified two additional Binance accounts (**Target Binance User ID Accounts**) associated with LEDESMA-HEINRICH employees Peggy SANCHEZ-CARDENA (SANCHEZ-CARDENA) and Maria Fernanda ACEVEDO-CABRAL (ACEVEDO-CABRAL). LEDESMA-HEINRICH and/or MICHEL MARTINEZ did not direct DEA-1 to send Bitcoin to these two accounts. However, SANCHEZ-CARDENA received a total of approximately 26 deposits totaling approximately $811,714 BUSD from the **Target Addresses** between on or around August 13, 2021 and on or around March 25, 2022. ACEVEDO-CABRAL received a total of approximately 10 deposits totaling approximately $151,286 BUSD from the **Target Addresses** between on or around November 19, 2021 and on or around February 17, 2022.

61. Subpoenaed records received from Binance list SANCHEZ-CARDENA's User ID as 186873394. The account was opened on or around July 7, 2021. Records further show between on or around July 9, 2021 and on or around March 17, 2022, approximately 13.987707 BTC (worth approximately 546,726.04 BUSD) was deposited into the account, approximately 5,617,235.92 Tether (USDT) (worth approximately 5,435,708.25 BUSD) was deposited into the account, and assorted other cryptocurrencies worth approximately 52,087.02 BUSD were deposited into the account. During the same period approximately 5.29411158 BTC (worth approximately 229,757.16 BUSD) were sent from SANCHEZ-CARDENA's Binance account to other cryptocurrency addresses, approximately 5,828,892.32 USDT (worth approximately 5,830,564.26 BUSD) was sent from SANCHEZ-CARDENA's Binance account to other cryptocurrency addresses, and assorted other cryptocurrencies with an approximate value of 139,831.19 BUSD were sent from SANCHEZ-CARDENA's Binance account to other cryptocurrency addresses.

**DEPOSITS INTO BINANCE USER ID 186873394**

| Amount and Type of Cryptocurrency | BUSD |
|---|---|

| | |
|---|---|
| 13.987707 BTC | 546,726.04 |
| 5,617,235.92 USDT | 5,435,708.25 |
| Other | 52,087.02 |
| | **6,034,521.31** |

**WITHDRAWALS FROM BINANCE USER ID 186873394**

| Amount and Type of Cryptocurrency | BUSD |
|---|---|
| 5.29411158 BTC | 229,757.16 |
| 5,828,892.32 USDT | 5,830,564.26 |
| Other | 139,831.19 |
| | **6,200,152.19** |

62. The balance in SANCHEZ-CARDENA's Binance account on or around March 16, 2022, the date the records were provided, was effectively $0.00. Analysis of the activity within SANCHEZ-CARDENA's Binance account shows of the approximately 5,828,892.32 USDT sent to other crypto addresses, approximately 1,948,036.99 USDT were sent to a crypto address associated with NAVARRETE-PERAZA's Binance account, BTC and USDT worth approximately 66,289.73 BUSD were sent to addresses associated with AZCANIO-REYES' Binance account and approximately 22,000.00 USDT were sent to CERVANTES-MANTEROLA's Binance account. Similar to the four previous accounts, I believe SANCHEZ-CARDENA's account, Binance

User ID 186873394, is being utilized to facilitate the organizations money laundering activities.

63. Subpoenaed records received from Binance list ACEVEDO-CABRAL's User ID as 186869730. The account was opened on or around July 7, 2021. July 7, 2021 is the same date AZCANIO-REYES' and SANCHEZ-CARDENA's Binance accounts were opened. Records further show between on or around July 9, 2021 and on or around March 24, 2022, approximately 6,673,335.81 Tether (USDT) (worth approximately 6,675,680.44 BUSD) was deposited into the account. During the same period approximately .21810147 BTC (worth approximately 12,699.96 BUSD) was sent from ACEVEDO-CABRAL's Binance account to other cryptocurrency addresses, approximately 6,680,520.20 USDT (worth approximately 6,682,354.52 BUSD) was sent from ACEVEDO-CABRAL's Binance account to other cryptocurrency addresses, and 2.5669692 Ethereum (worth approximately 7,346.91 BUSD) was sent from ACEVEDO-CABRAL's Binance account to other cryptocurrency addresses.

**DEPOSITS INTO BINANCE USER ID 186869730**

| Amount and Type of Cryptocurrency | BUSD |
|---|---|
| 6,673,355.81 USDT | 6,675,680.44 |

**WITHDRAWALS FROM BINANCE USER ID 186869730**

| Amount and Type of Cryptocurrency | BUSD |
|---|---|
| .21810147 BTC | 12,699.96 |
| 6,680,520.20 USDT | 6,682,354.52 |
| 2.5669692 ETH | 7,346.91 |
| | **6,702,401.39** |

64. The balance in ACEVEDO-CABRAL's Binance account on or around March 24, 2022, the date the records were provided, was effectively $0.00. Analysis of the activity within ACEVEDO-CABRAL's Binance account shows of the approximately 6,680,520.20 USDT sent to other crypto addresses, approximately 3,538,866.60 USDT was sent to a crypto address associated with NAVARRETE-PERAZA's Binance account, approximately 239,846.22 USDT was sent to crypto addresses associated with SANCHEZ-CARDENA's Binance account, BTC worth approximately 1,249.46 BUSD were sent to and address associated with AZCANIO-REYES' Binance account and approximately 74,512 USDT was sent to CERVANTES-MANTEROLA's Binance account. Like the

five previous accounts, I believe ACEVEDO-CABRAL's account, User ID 186869730, is being utilized to facilitate the organizations money laundering activities.

## OTHER BINANCE ACCOUNTS DIRECTLY RECEIVING FUNDS FROM TARGET ADDRESSES AND TARGET BINANCE USER ID ACCOUNTS

65. Cyber Support Section (SCC) of the DEA analysts conducted blockchain and cluster analysis[5] of the transactions brokered by LEDESMA-HEINRICH and MICHEL-MARTINEZ and investigators analyzed the records for the four accounts receiving Bitcoin from the UC transactions and identified additional Binance accounts that received cryptocurrency directly from one or more of the six target accounts. The table below provides an overview of the Binance User ID's (**Recipient Binance User ID Accounts**) identified as receiving virtual currency from one or more of the **Target Addresses** and/or

[5] Cluster analysis identifies addresses that have been pulled together to complete a transfer of cryptocurrency in a single transaction, also known as co-spend. The cluster association is based on the bitcoin blockchain protocol that each address has a corresponding private key to access and transfer cryptocurrency within the address; thus, the assumption is that when multiple addresses are used to conduct a single transaction, all private keys associated with each address are owned by the same entity.

**Target Binance User ID Accounts**. **Recipient Binance User ID Accounts** are identified in Attachment A (Account Nos. 7 through 135) as part of the subject accounts to be seized. "TX" in the chart refers to transactions from the **Target Addresses** and/or **Target Binance User ID Accounts**. The "User ID" is the Binance User ID.

| USER ID | BUSD | TX COUNT | EARLIEST TX | LATEST TX |
|---|---|---|---|---|
| 63693034 | 5,730,715.59 | 18 | 1/15/2021 | 7/23/2021 |
| 58846231 | 5,146,229.37 | 16 | 3/30/2021 | 7/16/2021 |
| 42841221 | 1,238,372.14 | 13 | 5/4/2021 | 3/24/2022 |
| 40996547 | 1,175,164.36 | 8 | 5/15/2021 | 7/17/2021 |
| 96105174 | 1,026,796.44 | 9 | 6/8/2021 | 7/1/2021 |
| 40992270 | 857,676.63 | 7 | 4/30/2021 | 7/2/2021 |
| 104126662 | 852,573.26 | 4 | 7/15/2021 | 7/19/2021 |
| 16908292 | 824,342.78 | 15 | 2/1/2021 | 10/13/2021 |
| 191123158 | 792,159.83 | 14 | 7/14/2021 | 11/16/2021 |
| 102183565 | 757,771.97 | 6 | 5/6/2021 | 5/13/2021 |
| 170074485 | 728,226.13 | 13 | 6/17/2021 | 6/24/2021 |
| 130655857 | 701,120.16 | 4 | 6/17/2021 | 8/26/2021 |
| 148291809 | 670,618.92 | 9 | 5/14/2021 | 10/12/2021 |
| 53421085 | 640,106.11 | 22 | 6/23/2021 | 9/23/2021 |
| 128854916 | 407,461.83 | 4 | 2/8/2022 | 2/23/2022 |
| 57826767 | 406,519.70 | 5 | 5/20/2021 | 5/21/2021 |
| 42131966 | 380,930.47 | 6 | 2/25/2021 | 4/8/2021 |
| 27716036 | 368,030.28 | 5 | 3/22/2021 | 9/11/2021 |
| 115048707 | 349,952.89 | 6 | 5/17/2021 | 5/21/2021 |
| 39566520 | 330,222.02 | 4 | 7/7/2021 | 7/10/2021 |
| 122532699 | 320,380.99 | 15 | 4/23/2021 | 3/8/2022 |
| 142024112 | 320,320.32 | 1 | 5/26/2021 | 5/26/2021 |
| 58829352 | 301,480.75 | 4 | 5/31/2021 | 6/8/2021 |

| | | | | |
|---|---|---|---|---|
| 22328311 | 300,015.24 | 3 | 5/19/2021 | 5/20/2021 |
| 40215431 | 288,852.75 | 3 | 1/28/2021 | 1/28/2021 |
| 39246096 | 278,341.66 | 6 | 2/19/2021 | 3/12/2021 |
| 141525265 | 256,507.44 | 20 | 5/7/2021 | 3/23/2022 |
| 35619581 | 244,998.51 | 2 | 3/27/2021 | 3/29/2021 |
| 155341725 | 179,982.00 | 1 | 6/25/2021 | 6/25/2021 |
| 194199989 | 170,085.04 | 1 | 2/14/2022 | 2/14/2022 |
| 40026027 | 155,033.41 | 2 | 2/19/2021 | 4/16/2021 |
| 22372226 | 152,967.55 | 7 | 2/25/2021 | 3/2/2021 |
| 162956551 | 150,030.01 | 2 | 6/11/2021 | 6/12/2021 |
| 39105400 | 148,705.10 | 3 | 11/9/2020 | 8/6/2021 |
| 206969378 | 146,706.95 | 3 | 12/9/2021 | 2/4/2022 |
| 46285113 | 145,116.09 | 1 | 4/16/2021 | 4/16/2021 |
| 11679399 | 145,052.52 | 3 | 6/4/2021 | 6/4/2021 |
| 113212093 | 130,021.00 | 4 | 6/28/2021 | 7/2/2021 |
| 105966236 | 120,553.21 | 3 | 7/5/2021 | 7/6/2021 |
| 119532749 | 118,759.38 | 3 | 6/3/2021 | 6/3/2021 |
| 88546767 | 117,647.00 | 1 | 7/18/2021 | 7/18/2021 |
| 39139627 | 112,781.95 | 1 | 10/28/2020 | 10/28/2020 |
| 174979107 | 109,777.63 | 3 | 7/2/2021 | 7/9/2021 |
| 39556773 | 103,058.00 | 3 | 5/28/2021 | 7/8/2021 |
| 40198409 | 100,080.06 | 1 | 4/16/2021 | 4/16/2021 |
| 176170198 | 100,060.04 | 2 | 9/21/2021 | 11/18/2021 |
| 88036726 | 100,039.01 | 2 | 6/4/2021 | 6/4/2021 |
| 47929920 | 99,990.00 | 1 | 4/7/2021 | 4/7/2021 |
| 52616104 | 80,016.00 | 1 | 7/25/2021 | 7/25/2021 |
| 63930248 | 79,407.94 | 1 | 6/22/2021 | 6/22/2021 |
| 51793726 | 75,859.27 | 1 | 3/11/2021 | 3/11/2021 |
| 16585755 | 74,519.45 | 1 | 9/9/2021 | 9/9/2021 |
| 37339341 | 74,282.14 | 1 | 10/1/2021 | 10/1/2021 |
| 40836374 | 71,699.11 | 1 | 5/27/2021 | 5/27/2021 |
| 37395409 | 70,119.20 | 1 | 1/26/2021 | 1/26/2021 |
| 37103579 | 65,813.16 | 1 | 6/2/2021 | 6/2/2021 |

| | | | | |
|---|---|---|---|---|
| 155377471 | 64,304.78 | 8 | 7/10/2021 | 10/18/2021 |
| 21723998 | 59,988.00 | 1 | 5/11/2021 | 5/11/2021 |
| 42507669 | 58,669.33 | 2 | 3/25/2021 | 3/25/2021 |
| 103692926 | 55,038.53 | 1 | 5/28/2021 | 5/28/2021 |
| 39007535 | 50,025.01 | 1 | 3/25/2021 | 3/25/2021 |
| 41189689 | 50,005.00 | 2 | 6/22/2021 | 6/22/2021 |
| 415783420 | 48,394.36 | 1 | 3/1/2022 | 3/1/2022 |
| 362428844 | 47,458.16 | 1 | 12/28/2021 | 12/28/2021 |
| 39024336 | 46,847.00 | 2 | 7/13/2021 | 7/21/2021 |
| 153463371 | 46,115.49 | 1 | 5/20/2021 | 5/20/2021 |
| 175855738 | 44,717.80 | 11 | 6/18/2021 | 1/26/2022 |
| 43219179 | 44,618.89 | 1 | 6/18/2021 | 6/18/2021 |
| 36964447 | 42,892.87 | 1 | 3/30/2021 | 3/30/2021 |
| 28712166 | 42,140.10 | 1 | 3/29/2021 | 3/29/2021 |
| 10062075 | 41,988.91 | 3 | 12/3/2021 | 3/1/2022 |
| 137437483 | 38,971.31 | 2 | 9/20/2021 | 10/21/2021 |
| 42041778 | 38,212.18 | 2 | 7/8/2021 | 7/9/2021 |
| 91895058 | 37,327.37 | 4 | 5/21/2021 | 6/19/2021 |
| 16106668 | 36,334.83 | 8 | 11/3/2021 | 3/14/2022 |
| 55326434 | 36,116.39 | 2 | 8/3/2021 | 8/3/2021 |
| 176340038 | 35,958.38 | 10 | 9/2/2021 | 2/7/2022 |
| 45675089 | 34,981.99 | 1 | 2/24/2022 | 2/24/2022 |
| 189814799 | 34,853.97 | 3 | 11/5/2021 | 2/12/2022 |
| 115173421 | 33,585.02 | 3 | 7/5/2021 | 7/5/2021 |
| 93708182 | 30,183.06 | 4 | 9/14/2021 | 3/2/2022 |
| 91465617 | 30,000.00 | 1 | 6/10/2021 | 6/10/2021 |
| 91594658 | 28,985.80 | 1 | 7/16/2021 | 7/16/2021 |
| 130232600 | 27,111.58 | 3 | 10/14/2021 | 10/15/2021 |
| 65917470 | 26,895.64 | 1 | 5/27/2021 | 5/27/2021 |
| 148410219 | 26,783.29 | 1 | 7/14/2021 | 7/14/2021 |
| 89174530 | 25,502.55 | 1 | 5/12/2021 | 5/12/2021 |
| 37062893 | 22,947.12 | 1 | 6/2/2021 | 6/2/2021 |
| 129778892 | 20,855.07 | 1 | 5/4/2021 | 5/4/2021 |

| | | | | |
|---|---|---|---|---|
| 40924253 | 20,260.10 | 1 | 12/14/2021 | 12/14/2021 |
| 45435320 | 20,004.00 | 1 | 6/30/2021 | 6/30/2021 |
| 70012043 | 20,004.00 | 1 | 7/25/2021 | 7/25/2021 |
| 78614097 | 20,000.00 | 1 | 6/10/2021 | 6/10/2021 |
| 196338266 | 19,838.87 | 1 | 8/13/2021 | 8/13/2021 |
| 11177769 | 16,836.95 | 1 | 5/11/2021 | 5/11/2021 |
| 141759246 | 15,010.51 | 1 | 2/9/2022 | 2/9/2022 |
| 107106494 | 13,563.41 | 1 | 8/2/2021 | 8/2/2021 |
| 16528110 | 13,061.97 | 1 | 12/8/2021 | 12/8/2021 |
| 65033898 | 12,585.29 | 1 | 2/10/2022 | 2/10/2022 |
| 162940824 | 11,019.00 | 3 | 7/14/2021 | 9/9/2021 |
| 107114398 | 10,391.96 | 1 | 7/21/2021 | 7/21/2021 |
| 36734253 | 10,247.98 | 1 | 4/7/2021 | 4/7/2021 |
| 46499075 | 10,158.45 | 1 | 1/28/2021 | 1/28/2021 |
| 385385785 | 10,003.44 | 2 | 2/21/2022 | 3/7/2022 |
| 15706753 | 9,974.34 | 1 | 6/28/2021 | 6/28/2021 |
| 119995517 | 9,504.75 | 1 | 1/31/2022 | 1/31/2022 |
| 39886353 | 9,499.05 | 1 | 1/6/2022 | 1/6/2022 |
| 36002890 | 8,537.17 | 1 | 1/29/2021 | 1/29/2021 |
| 178855866 | 7,646.73 | 4 | 10/21/2021 | 11/13/2021 |
| 52692739 | 7,258.90 | 1 | 4/20/2021 | 4/20/2021 |
| 136395101 | 5,413.62 | 1 | 8/25/2021 | 8/25/2021 |
| 65137960 | 5,200.80 | 1 | 3/22/2021 | 3/22/2021 |
| 133327380 | 5,002.03 | 1 | 2/5/2022 | 2/5/2022 |
| 223821198 | 4,353.00 | 2 | 12/30/2021 | 12/30/2021 |
| 357171448 | 3,484.79 | 3 | 12/31/2021 | 2/25/2022 |
| 91165886 | 2,449.61 | 1 | 10/15/2021 | 10/15/2021 |
| 380786990 | 1,880.56 | 1 | 1/17/2022 | 1/17/2022 |
| 195795344 | 1,097.98 | 1 | 7/27/2021 | 7/27/2021 |
| 411585803 | 1,000.10 | 1 | 3/4/2022 | 3/4/2022 |
| 93477706 | 999.90 | 1 | 7/21/2021 | 7/21/2021 |
| 407856675 | 973.69 | 1 | 3/1/2022 | 3/1/2022 |
| 134779614 | 919.72 | 1 | 6/30/2021 | 6/30/2021 |

| | | | | |
|---|---|---|---|---|
| 68603180 | 503.29 | 1 | 1/21/2021 | 1/21/2021 |
| 66956948 | 479.32 | 2 | 1/18/2021 | 2/15/2021 |
| 209611339 | 150.08 | 1 | 2/3/2022 | 2/3/2022 |
| 26712506 | 135.38 | 1 | 4/17/2021 | 4/17/2021 |
| 209226223 | 35.01 | 1 | 2/24/2022 | 2/24/2022 |
| 193656209 | 10.00 | 1 | 7/19/2021 | 7/19/2021 |
| 69950136 | 9.00 | 1 | 6/17/2021 | 6/17/2021 |
| **TOTAL:** | **30,512,365.20** | | | |

***Summary of Criminal Activity Observed in Binance Accounts***

66. All **Recipient Binance User ID Accounts** received cryptocurrency from the **Target Addresses** and/or **Target Binance User ID Accounts** utilized by the LEDESMA-HEINRICH DTMLO. Furthermore, a significant sample of **Recipient Binance User ID Accounts** have been further reviewed, and many display similar characteristics of money laundering activity including but not limited to the following:

a. the establishment of the account followed by a rapid movement of cryptocurrencies into and out of the accounts over short periods of time;

b. large dollar equivalent amounts of cryptocurrency transactions in and out of the accounts that often, but not always, result in a near net zero or relatively small dollar ending balance;

c. a relatively short duration of use of the accounts;

d. a flow of cryptocurrency funds to user accounts owned by individuals in narcotic source countries (e.g., Mexico, Colombia), consistent with transactions DEA FIG has observed in undercover operations as previously described;

e. accounts with relatively little or no deposits or withdrawals of fiat currency into or from the accounts.

67. Based on my observations, I believe the aforementioned characteristics are indicative of accounts used to facilitate the movement of illegal proceeds derived from the sale of narcotics, and obfuscate the true origin of the funds. A sample of Binance accounts demonstrating this activity are described as follows:

68. Binance User ID 63693034 is the Binance account which received the most funds from the **Target Addresses** and/or **Target Binance User ID Accounts**. Between on or around January 15, 2021 and on or around July 23, 2021, Binance User ID 63693034 received approximately 5,730,715.59 BUSD from the **Target Addresses** and/or **Target Binance User ID Accounts**. A review of the account shows the account was opened on or around January 4, 2021. Between on or

around January 6, 2021 and on or around September 14, 2021, various cryptocurrencies worth approximately 16,141,911.17 BUSD were deposited into the account. During the same period, cryptocurrency worth approximately 15,648,214.79 BUSD were sent from the account to other cryptocurrency addresses. This account was seized as part of a similar investigation conducted by Denver DEA involving bulk currency pickups and utilizing cryptocurrency to launder the proceeds.

69. Binance User ID 58846231 is the Binance account which received the second most funds from the **Target Addresses** and/or **Target Binance User ID Accounts**. Between on or around March 30, 2021 and on or around July 16, 2021, Binance User ID 58846231 received approximately 5,146,229.37 BUSD from the **Target Addresses** and/or **Target Binance User ID Accounts**. The account was opened on or around December 8, 2020. Between on or around December 8, 2020 and on or around November 10, 2021, cryptocurrency worth approximately 14,291,015.03 BUSD was deposited into the account and cryptocurrency worth approximately 14,785,171.40 BUSD were sent from the account to other cryptocurrency addresses. As of on or around January 17, 2022, the balance in the account was essentially

zero.

70. Binance User ID 42841221 is the Binance account which received the third most funds from the **Target Addresses** and/or **Target Binance User ID Accounts**. Between on or around May 4, 2021 and on or around March 24, 2022, Binance User ID 42841221 received approximately 1,238,372.14 BUSD from the **Target Addresses** and/or **Target Binance User ID Accounts**. The account was opened on or around June 20, 2020. Between on or around June 27, 2020 and on or around March 15, 2022, cryptocurrency worth approximately 11,297,813.38 BUSD was deposited into the account and cryptocurrency worth approximately 11,197,080.46 BUSD were sent from the account to other cryptocurrency addresses. As of on or around March 16, 2022, the balance in the account was essentially zero.

71. Between on or around May 15, 2021 and on or around July 17, 2021, Binance User ID 40996547 received approximately 1,175,164.36 BUSD from the **Target Addresses** and/or **Target Binance User ID Accounts**. The account was opened on or around May 1, 2020. Between on or around May 1, 2020 and on or around January 17, 2022, cryptocurrency worth approximately 54,217,735.53 BUSD was

deposited into the account and cryptocurrency worth approximately 39,330,532.95 BUSD were sent from the account to other cryptocurrency addresses. As of on or around January 17, 2022, the balance in the account was essentially zero. On or around May 18, 2021 at around 00:43:43, the account for Binance User ID 40996547 was accessed from the IP Address 189.206.226.198. On the same date at around 00:52:58, **BTC Address 2** was also accessed from this IP address. The fact the accounts were accessed from the same IP address, minutes apart, is additional evidence the account owners are involved in money laundering activities.

72. Although some of the accounts identified as receiving cryptocurrency directly from the **Target Addresses** and/or **Target Binance User ID Accounts** may have only received small amount of cryptocurrency from the **Target Addresses** and/or **Target Binance User ID Accounts**, agents believe they are part of the larger scheme. Defendant Cryptocurrency 6(a) is a good example. User ID 26712506 received approximately $135.38 BUSD from **BTC Address 3**. A review of Binance records also shows that this account sent approximately 196,273.08 BUSD to **Binance User ID 186873394**

**(**Peggy SANCHEZ) and approximately 31,773.14 BUSD to **USDT Address 1** (Juan Carlos MICHEL-MARTINEZ).

### *Additional Asset-Specific Facts*

73. Numerous other facts link Defendant Cryptocurrency 6(a) (65.08094134 Bitcoin seized from Binance User ID 26712506)) to the money laundering of narcotic proceeds and unlicensed money transmitting, including the following:

a. On April 17, 2021, this Binance account received $135.38 BUSD from indicted money launderer (Juan Carlos Michel Martinez) and between March 31, 2021 and April 13, 2021, sent three transactions totaling 31,773 USDT to indicted money launderer (Juan Carlos Michel Martinez).

b. The Binance account is controlled by Jorge Amador Romero, who has claimed the funds in this litigation. Amador Romero contends that he received the money pursuant to agreements with Mexican entities, and his plan was to transfer the crypto back to the entities after it had increased in value.

c. The Binance account also contained 152237.19888090 USDT (at one time worth approximately $149,759.01), and

Amador Romero did not contest administrative forfeiture of this USDT.

d. Between July 16, 2021, and March 29, 2022, this Binance account sent 10 transactions totaling 201,324 USDT to a nominee account (Peggy Sanchez Cardena) controlled by admitted money launderer (Fabricio LEDESMA) who admitted that funds received in that account were derived from the sale of drugs in the US.

74. Numerous other facts link Defendant Cryptocurrency 6(b) (247653.48461442 United States Dollar Tether seized from Binance User ID 40215431) to drug money laundering and unlicensed money transmitting, including the following:

a. This Binance account received, 288,852.75 in BUSD from accounts definitively tied to drug money laundering and unlicensed money transmitting.

b. The funds have now been claimed by Marcelo Antonio Wilson Porras, who claims to not know—to this day—the name of the person or entity from whom he says the money came.

c. Porras appears to have operated another Binance account--User ID 40646606, which was opened the same month (April 2020) as the seized Binance account. This second Binance account, on 2/11/2021, received 70,625 BUSD from 18xH2mrrNvpkPhCsEt5X8RRkkHE7LAYb9H, an address believed to belong to drug money launderer Juan Carlos MICHEL MARTINEZ.

**Related Prosecutions**

75. This investigation has led to multiple ongoing prosecutions and yielded multiple convictions. *See e.g. United States v. Martinez et al,* U.S. Dist. Ct. E.D.KY, 24-cr-44, at ECF 42 (prosecution of MICHEL MARTINEZ and others, with partially redacted Indictment explaining this drug money laundering scheme in detail); *United States v. Ocampo-Valdez et al.*, U.S. Dist. Ct. EDMI, 24-cr-20261, at ECF 1 at PageID1-7 (Indictment in which the grand jury alleges a drug trafficking and money laundering conspiracy, including conversion of bulk cash to cryptocurrency).

**Count I – Forfeiture Based on Money Laundering**

76. Plaintiff re-alleges and incorporates by reference each and every allegation contained in paragraphs one through 19 above, including all their subparts.

77. Based upon the facts outlined above and the applicable law, the Defendant Cryptocurrencies are forfeitable to the United States as pursuant to 18 U.S.C. § 981(a)(1)(A), as property involved in money laundering and money laundering conspiracy thereto, in violation of 18 U.S.C. §§ 371, 1956, and 1957.

**Count II – Forfeiture Based on Unlicensed Money Transmitting**

78. Plaintiff re-alleges and incorporates by reference each and every allegation contained in paragraphs one through 19 above, including all their subparts.

79. Based upon the facts outlined above and the applicable law, the Defendant Cryptocurrencies are forfeitable to the United States as pursuant to 18 U.S.C. § 981(a)(1)(A), as property involved in unlicensed money transmitting and money transmitting conspiracy, in violation of 18 U.S.C. §§ 371 and 1960.

**Count III – Forfeiture Based on Drug Trafficking**

80. Plaintiff re-alleges and incorporates by reference each and every allegation contained in paragraphs one through 19 above, including all their subparts.

81. Based upon the facts outlined above and the applicable law, the Defendant Cryptocurrencies are forfeitable to the United States pursuant to Title 21, United States Code, Section 881, as “moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter … proceeds traceable to such an exchange… [and] … moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter.”

**Conclusion and Relief**

WHEREFORE plaintiff respectfully requests that the warrants for arrest of the defendants *in rem* remain in place; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring

that the defendants *in rem* be condemned and forfeited to the United States of America for disposition according to law; and that the United States be granted other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/ K. Craig Welkener
K. Craig Welkener
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 269-4796
Kenton.Welkener@usdoj.gov

Dated: August 20, 2026

## VERIFICATION

I, James Hicks, am a Task Force Agent with the Drug Enforcement Administration. I have read the foregoing Second Amended Complaint for Forfeiture and assert under penalty of perjury under the laws of the United States of America that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information that I received from other law enforcement agents and/or officers.



James Hicks, Task Force Agent
Drug Enforcement Administration

Dated: August 20, 2026